UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 18-22085-CIV-MORENO**

MSPA CLAIMS 1, LLC, MSP RECOVERY, LLC,
MAO-MSO RECOVERY II, LLC,

       Plaintiffs,

vs.

TAKEDA PHARMACEUTICALS AMERICA,
INC., TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA GLOBAL
RESEARCH & DEVELOPMENT CENTER, INC.,
TAKEDA PHARMACEUTICAL COMPANY
LIMITED, TAKEDA PHARMACEUTICAL
INTERNATIONAL, INC., ELI LILLY and
COMPANY, and GARRETSON RESOLUTION
GROUP,

       Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND ORDER GRANTING LEAVE TO AMEND COMPLAINT AND ANSWER IN CASE NO. 18-22087-CIV-MORENO

THIS CAUSE came before the Court upon Plaintiff's Response to the Order to Show Cause filed in Case No. 18-22087-CIV-MORENO **(D.E. 43),** filed on <u>**September 12, 2018**</u>. In that response, the Plaintiffs indicated that the earlier filed action, Case No. 18-22085-CIV-MORENO, should be dismissed and Case No. 18-22087-CIV-MORENO should proceed.

THE COURT notes that the above-captioned matter involves the same parties and raises similar questions of law and fact as Case No. **18-22087**-CIV-MORENO, also pending before this Court. Therefore, in the interests of judicial economy, it is

ADJUDGED that this case is DISMISSED without prejudice. The parties have leave to amend the Complaint and Answer in Case No. **18-22087**-CIV-MORENO to assert all claims and defenses that were raised in the above-captioned case. This case will be CLOSED by the Clerk of Court, and all future pleadings shall be filed under Case No. **18-22087**-CIV-MORENO.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of September, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record